## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Iverson III, William B | Case Number: 08 B 00664 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 1/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008

Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Marquette Consumer Finance | Secured | 0.00 | 0.00 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 22,000.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 34.20 | 0.00 |
| 6. | Capital One | Unsecured | 170.99 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 51.00 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 36.17 | 0.00 |
| 10. | Great American Finance Company | Unsecured | 46.15 | 0.00 |
| 11. | Dish Network | Unsecured | | No Claim Filed |
| 12. | Capital Management | Unsecured | | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 14. | Main Street | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Rogers & Hollands Jewelers | Unsecured | | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 19. | AT&T | Unsecured | | No Claim Filed |
| 20. | Sprint | Unsecured | | No Claim Filed |
| | | | $ 22,413.51 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Iverson III, William B

    Printed:  6/3/08

Case Number:  08 B 00664

Judge:  Wedoff, Eugene R

Filed:  1/11/08

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: